**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 12-36228 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | STAFFORD, KENNETH A | | | Date Filed (f) or Converted (c): | 09/12/12 (f) |
| | | | | 341(a) Meeting Date: | 10/18/12 |
| For Period Ending: | 12/31/14 | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 330 154th Place, Calumet City, Illinois 60409 | 59,500.00 | 0.00 | | 0.00 | 0.00 |
| 2. Abbey Resort 269 Fontana Boulevard, Lake Geneva, W | 21,000.00 | 0.00 | | 0.00 | 20,000.00 |
| 3. 8228-8230 S. Maryland Chicago, Illinois 60619 50% | 137,500.00 | 0.00 | | 0.00 | 0.00 |
| 4. Northern Trust Checking Account | 0.00 | 0.00 | | 0.00 | 0.00 |
| Northern Trust Checking Account | | | | | |
| 5. Fifth Third Bank Checking Account Arlene Sliwa 50% | 100.00 | 0.00 | | 0.00 | 0.00 |
| Fifth Third Bank Checking Account Arlene Sliwa 50% partial interest | | | | | |
| 6. Misc Furniture & Appliances | 400.00 | 0.00 | | 0.00 | 0.00 |
| Misc Furniture & Appliances | | | | | |
| 7. Misc Clothing / Wearing Apparel | 100.00 | 0.00 | | 0.00 | 0.00 |
| Misc Clothing / Wearing Apparel | | | | | |
| 8. White Gold Ring | 300.00 | 0.00 | | 0.00 | 0.00 |
| White Gold Ring | | | | | |
| 9. Camera | 10.00 | 0.00 | | 0.00 | 0.00 |
| Camera | | | | | |
| 10. TransAmerica Term Life Insurance NO CASH VALUE | 0.00 | 0.00 | | 0.00 | 0.00 |
| TransAmerica Term Life Insurance NO CASH VALUE | | | | | |
| 11. Fidelity Inventments 401(K) through employer | 26,435.00 | 0.00 | | 0.00 | 0.00 |
| Fidelity Inventments 401(K) through employer | | | | | |
| 12. Schwab 401(K) | 522.00 | 0.00 | | 0.00 | 0.00 |
| Schwab 401(K) | | | | | |
| 13. TomKen Management LLC 50% Interest | 0.50 | 0.00 | | 0.00 | 0.00 |
| TomKen Management LLC 50% Interest | | | | | |
| 14. Black French Bulldog 5 Years Old | 100.00 | 0.00 | | 0.00 | 0.00 |
| Black French Bulldog 5 Years Old | | | | | |

LFORM1

Ver: 18.04

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 12-36228   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: STAFFORD, KENNETH A | Date Filed (f) or Converted (c): 09/12/12 (f) |
| | 341(a) Meeting Date: 10/18/12 |
| | Claims Bar Date: 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $245,967.50 | $0.00 | | $0.00 | Gross Value of Remaining Assets $20,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS FILING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS - Jan. 17, 2015.  TRUSTEE TRYING TO DETERMINE VALUE OF CONDO LOCATED IN LAKE GENEVA, WI.  TRUSTEE TO HIRE A RE BROKER IN SPRING TO SELL LAKE GENEVA PROPERTY - January 17, 2014. NO CHANGE - April 30, 2014.  TRUSTEE BELIEVES MARKET IS IMPROVING AND PROPERTY CAN BE SOLD - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 09/30/15       Current Projected Date of Final Report (TFR): 09/30/15

LFORM1

Ver: 18.04