# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
STAFFORD, KENNETH A § Case No. 12-36228
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/12/2012 . The undersigned trustee was appointed on 09/12/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    15,600.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    15,590.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was  01/21/2014  and the deadline for filing governmental claims was  01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,310.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,310.00 , for a total compensation of $ 2,310.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 4.85 , for total expenses of $ 4.85 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/21/2016     By: /s/JOSEPH E. COHEN
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-36228 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | STAFFORD, KENNETH A | | | Date Filed (f) or Converted (c): | 09/12/12 (f) |
| | | | | 341(a) Meeting Date: | 10/18/12 |
| For Period Ending: | 06/21/16 | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 330 154th Place, Calumet City, Illinois 60409 | 59,500.00 | 0.00 | | 0.00 | FA |
| 2. Abbey Resort 269 Fontana Boulevard, Lake Geneva, W | 21,000.00 | 0.00 | | 15,600.00 | FA |
| 3. 8228-8230 S. Maryland Chicago, Illinois 60619 50% | 137,500.00 | 0.00 | | 0.00 | FA |
| 4. Northern Trust Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| Northern Trust Checking Account | | | | | |
| 5. Fifth Third Bank Checking Account Arlene Sliwa 50% | 100.00 | 0.00 | | 0.00 | FA |
| Fifth Third Bank Checking Account Arlene Sliwa 50% partial interest | | | | | |
| 6. Misc Furniture & Appliances | 400.00 | 0.00 | | 0.00 | FA |
| Misc Furniture & Appliances | | | | | |
| 7. Misc Clothing / Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Misc Clothing / Wearing Apparel | | | | | |
| 8. White Gold Ring | 300.00 | 0.00 | | 0.00 | FA |
| White Gold Ring | | | | | |
| 9. Camera | 10.00 | 0.00 | | 0.00 | FA |
| Camera | | | | | |
| 10. TransAmerica Term Life Insurance NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| TransAmerica Term Life Insurance NO CASH VALUE | | | | | |
| 11. Fidelity Inventments 401(K) through employer | 26,435.00 | 0.00 | | 0.00 | FA |
| Fidelity Inventments 401(K) through employer | | | | | |
| 12. Schwab 401(K) | 522.00 | 0.00 | | 0.00 | FA |
| Schwab 401(K) | | | | | |
| 13. TomKen Management LLC 50% Interest | 0.50 | 0.00 | | 0.00 | FA |
| TomKen Management LLC 50% Interest | | | | | |
| 14. Black French Bulldog 5 Years Old | 100.00 | 0.00 | | 0.00 | FA |
| Black French Bulldog 5 Years Old | | | | | |
| 15. 2004 Chrysler Pacifica (u) | 2,409.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-36228 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | STAFFORD, KENNETH A | Date Filed (f) or Converted (c): | 09/12/12 (f) |
| | | 341(a) Meeting Date: | 10/18/12 |
| | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $248,376.50 | $0.00 | | $15,600.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECEIVED AN OFFER TO SETTLEM AND WILL FILE MOTION FOR APPROVAL - 01/20/16. TRUSTEE ATTEMPTING TO NEGOTIATE A
SETTLEMENT - Oct. 31, 2015. LITIGATION CONTINUES - July 30, 2015. TRUSTEE HAS FILED AN ADVERSARY COMPLAINT TO SELL
PROPERTY - April 28, 2015. TRUSTEE IS FILING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS - Jan. 17, 2015. TRUSTEE
TRYING TO DETERMINE VALUE OF CONDO LOCATED IN LAKE GENEVA, WI. TRUSTEE TO HIRE A RE BROKER IN SPRING TO SELL LAKE
GENEVA PROPERTY - January 17, 2014. NO CHANGE - April 30, 2014. TRUSTEE BELIEVES MARKET IS IMPROVING AND PROPERTY CAN
BE SOLD - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 09/30/15    Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-36228 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | STAFFORD, KENNETH A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6397  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3631 | | | |
| For Period Ending: | 06/17/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/16 | 2 | Kenneth Stafford | Settlement of Adversary | 1110-000 | 15,600.00 | | 15,600.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,590.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,600.00 | 10.00 | 15,590.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,600.00 | 10.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,600.00 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6397 | 15,600.00 | 10.00 | 15,590.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,600.00 | 10.00 | 15,590.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   15,600.00   10.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 17, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-36228
Debtor Name: STAFFORD, KENNETH A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,314.85 | $2,314.85 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,996.25 | $5,996.25 |
| 001<br>2700-00 | CLERK OF BANKRUPTCY COURT<br>219 S. DEARBORN ST., CHICAGO, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,553.10 | $6,553.10 |
| 000002<br>070<br>7100-00 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOCIATIO<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $11,142.31 | $11,142.31 |
| 000003<br>070<br>7100-00 | Bridgeview Bank Group<br>7940 S. Harlem Avenue<br>Bridgeview, IL 60455 | Unsecured | | $0.00 | $26,259.29 | $26,259.29 |
| | Case Totals: | | | $0.00 | $52,615.80 | $52,615.80 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-36228  
Case Name: STAFFORD, KENNETH A  
Trustee Name: JOSEPH E. COHEN  

      Balance on hand        $     15,590.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,310.00 | $ 0.00 | $ 2,310.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 4.85 | $ 0.00 | $ 4.85 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 5,996.25 | $ 0.00 | $ 5,996.25 |
| Charges: CLERK OF BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

    Total to be paid for chapter 7 administrative expenses     $    8,661.10  
    Remaining Balance        $    6,928.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,954.70  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,553.10 | $ 0.00 | $ 1,033.01 |
| 000002 | Portfolio Recovery Associates, LLC successor to US BANK NATIONAL ASSOCIATIO<br>PO Box 41067<br>Norfolk, VA 23541 | $ 11,142.31 | $ 0.00 | $ 1,756.44 |
| 000003 | Bridgeview Bank Group<br>7940 S. Harlem Avenue<br>Bridgeview, IL 60455 | $ 26,259.29 | $ 0.00 | $ 4,139.45 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,928.90 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE