IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **KENNETH A. STAFFORD,** | ) | No. 12 B 36228 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 25, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Joseph E. Cohen
                                                    One of His Attorney

| | | |
|---|---|---|
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Bridgeview Bank Group<br>7940 S. Harlem Avenue<br>Bridgeview, IL 60455-1598 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Kenneth A Stafford<br>515 Hemlock Lane<br>Libertyville, IL 60048-3525 | Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523-3810 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027