UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
STAFFORD, KENNETH A                        §     Case No. 12-36228
                                           §
        Debtor                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 197,000.00 *(Without deducting any secured claims)* | Assets Exempt: 30,376.50 |
| Total Distributions to Claimants: 6,928.90 | Claims Discharged Without Payment: 234,610.80 |
| Total Expenses of Administration: 8,671.10 | |

   3) Total gross receipts of $ 15,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,600.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 410,543.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,671.10 | 8,671.10 | 8,671.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 322,231.76 | 43,954.70 | 43,954.70 | 6,928.90 |
| **TOTAL DISBURSEMENTS** | $ 732,774.76 | $ 52,625.80 | $ 52,625.80 | $ 15,600.00 |

4) This case was originally filed under chapter 7 on 09/12/2012 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2016         By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Abbey Resort 269 Fontana Boulevard, Lake Geneva, W | 1110-000 | 15,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,600.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridgeview Bank Group 7940 S. Harlem Avenue Bridgeview, IL 60455 | | 300,000.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 29,133.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing 12650 Ingenuity Drive Orlando, FL 32826 | | 81,410.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 410,543.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,310.00 | 2,310.00 | 2,310.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 4.85 | 4.85 | 4.85 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| COURT, CLERK OF BANKRUPTCY | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 3,997.52 | 3,997.52 | 3,997.52 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,998.73 | 1,998.73 | 1,998.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,671.10** | **$ 8,671.10** | **$ 8,671.10** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arlene Silwa 515 Hemlock Lane Libertyville, IL 60048 | | 120,000.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,286.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 4,711.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Co. Inc 1000 Technology Drive O Fallon, MO 63368 | | 29,133.00 | NA | NA | 0.00 |
| | Elan Financial Service 777 E Wisconsin Avenue Milwaukee, WI 53202 | | 10,545.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | Michael J. Goldstein & Associates, Ltd. 17 North State Street, Suite 990 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing 12650 Ingenuity Drive Orlando, FL 32826 | | 21,910.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | BRIDGEVIEW BANK GROUP | 7100-000 | NA | 26,259.29 | 26,259.29 | 4,139.45 |
| 000001 | DISCOVER BANK | 7100-000 | 6,308.00 | 6,553.10 | 6,553.10 | 1,033.01 |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 118,338.76 | 11,142.31 | 11,142.31 | 1,756.44 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 322,231.76 | $ 43,954.70 | $ 43,954.70 | $ 6,928.90 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-36228 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | STAFFORD, KENNETH A | Date Filed (f) or Converted (c): 09/12/12 (f) |
| | | 341(a) Meeting Date: 10/18/12 |
| For Period Ending: | 10/18/16 | Claims Bar Date: 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 330 154th Place, Calumet City, Illinois 60409 | 59,500.00 | 0.00 | | 0.00 | FA |
| 2. Abbey Resort 269 Fontana Boulevard, Lake Geneva, W | 21,000.00 | 0.00 | | 15,600.00 | FA |
| 3. 8228-8230 S. Maryland Chicago, Illinois 60619 50% | 137,500.00 | 0.00 | | 0.00 | FA |
| 4. Northern Trust Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| Northern Trust Checking Account | | | | | |
| 5. Fifth Third Bank Checking Account Arlene Sliwa 50% | 100.00 | 0.00 | | 0.00 | FA |
| Fifth Third Bank Checking Account Arlene Sliwa 50% partial interest | | | | | |
| 6. Misc Furniture & Appliances | 400.00 | 0.00 | | 0.00 | FA |
| Misc Furniture & Appliances | | | | | |
| 7. Misc Clothing / Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Misc Clothing / Wearing Apparel | | | | | |
| 8. White Gold Ring | 300.00 | 0.00 | | 0.00 | FA |
| White Gold Ring | | | | | |
| 9. Camera | 10.00 | 0.00 | | 0.00 | FA |
| Camera | | | | | |
| 10. TransAmerica Term Life Insurance NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| TransAmerica Term Life Insurance NO CASH VALUE | | | | | |
| 11. Fidelity Inventments 401(K) through employer | 26,435.00 | 0.00 | | 0.00 | FA |
| Fidelity Inventments 401(K) through employer | | | | | |
| 12. Schwab 401(K) | 522.00 | 0.00 | | 0.00 | FA |
| Schwab 401(K) | | | | | |
| 13. TomKen Management LLC 50% Interest | 0.50 | 0.00 | | 0.00 | FA |
| TomKen Management LLC 50% Interest | | | | | |
| 14. Black French Bulldog 5 Years Old | 100.00 | 0.00 | | 0.00 | FA |
| Black French Bulldog 5 Years Old | | | | | |
| 15. 2004 Chrysler Pacifica (u) | 2,409.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 19.06a

Case 12-36228   Doc 44   Filed 11/03/16   Entered 11/03/16 14:35:42   Desc Main
Document      Page 9 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-36228   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | STAFFORD, KENNETH A | Date Filed (f) or Converted (c): | 09/12/12 (f) |
| | | 341(a) Meeting Date: | 10/18/12 |
| | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $248,376.50 | $0.00 |  | $15,600.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TEE SENT TFR TO US TEE FOR REVIEW June 21, 2016, 01:58 pm

TRUSTEE HAS RECEIVED AN OFFER TO SETTLEM AND WILL FILE MOTION FOR APPROVAL - 01/20/16. TRUSTEE ATTEMPTING TO NEGOTIATE A

SETTLEMENT - Oct. 31, 2015. LITIGATION CONTINUES - July 30, 2015. TRUSTEE HAS FILED AN ADVERSARY COMPLAINT TO SELL

PROPERTY - April 28, 2015. TRUSTEE IS FILING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS - Jan. 17, 2015. TRUSTEE

TRYING TO DETERMINE VALUE OF CONDO LOCATED IN LAKE GENEVA, WI. TRUSTEE TO HIRE A RE BROKER IN SPRING TO SELL LAKE

GENEVA PROPERTY - January 17, 2014. NO CHANGE - April 30, 2014. TRUSTEE BELIEVES MARKET IS IMPROVING AND PROPERTY CAN

BE SOLD - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 09/30/15       Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-36228 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | STAFFORD, KENNETH A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6397 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3631 | | |
| For Period Ending: | 10/18/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/16 | 2 | Kenneth Stafford | Settlement of Adversary | 1110-000 | 15,600.00 | | 15,600.00 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 15,590.00 |
| 08/19/16 | 300001 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 2,314.85 | 13,275.15 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          2,310.00 | 2100-000 | | | |
| | | | Expenses           4.85 | 2200-000 | | | |
| 08/19/16 | 300002 | CLERK OF BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 12,925.15 |
| | | 219 S. DEARBORN ST., CHICAGO, IL 60604 | | | | | |
| 08/19/16 | 300003 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | 3110-000 | | 3,997.52 | 8,927.63 |
| | | 105 West Madison St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 08/19/16 | 300004 | JOSEPH E. COHEN, Attorney | Trustee Fees | 3110-000 | | 1,998.73 | 6,928.90 |
| | | 105 W Madison | Trustee Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 08/19/16 | 300005 | Discover Bank | Claim 000001, Payment 15.76368% | 7100-000 | | 1,033.01 | 5,895.89 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 08/19/16 | 300006 | Portfolio Recovery Associates, LLC | Claim 000002, Payment 15.76370% | 7100-000 | | 1,756.44 | 4,139.45 |
| | | successor to US BANK NATIONAL ASSOCIATIO | | | | | |
| | | PO Box 41067 | | | | | |
| | | Norfolk, VA 23541 | | | | | |
| 08/19/16 | 300007 | Bridgeview Bank Group | Claim 000003, Payment 15.76375% | 7100-000 | | 4,139.45 | 0.00 |
| | | 7940 S. Harlem Avenue | | | | | |
| | | Bridgeview, IL 60455 | | | | | |

Page Subtotals      15,600.00      15,600.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-36228 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | STAFFORD, KENNETH A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6397 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3631 | | | |
| For Period Ending: | 10/18/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,600.00 | 15,600.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 15,600.00 | 15,600.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,600.00 | 15,600.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********6397 | | 15,600.00 | 15,600.00 | 0.00 |
| | | | | | --------------------- | --------------------- | --------------------- |
| | | | | | 15,600.00 | 15,600.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*